**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Robert E. Hastings, Jr

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

united States of America
Federal Bureau of Prisons

_____

_____

_____

_____

_____

_____

_____

_____

Tort Claim

**COMPLAINT**

Jury Trial: ☒ Yes  ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

**I.      Parties in this complaint:**

A.      List your name, address and telephone number. Do the same for any additional   plaintiffs named. Attach
         additional sheets of paper as necessary.

Plaintiff       Name                    Robert E. Hastings, Jr
                Street Address          Federal Corr Inst
                County, City            P.O. Box 2000
                State & Zip Code        Joint Base, MDL, NJ  08640
                Telephone Number

B.    List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name *United States of America*
Street Address ~~Federal~~ *U.S. Customs House 7Th Floor*
County, City *2nd and chestnut street*
State & Zip Code *Philadelphia, PA 19106*

Defendant No. 2
Name *Federal Bureau of Prisons*
Street Address *U.S. Custom House 7Th Floor*
County, City *2nd and chestnut street*
State & Zip Code *Philadlphia, PA 19106*

Defendant No. 3
Name _____
Street Address _____
County, City _____
State & Zip Code _____

Defendant No. 4
Name _____
Street Address _____
County, City _____
State & Zip Code _____

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case   involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. §  1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*
☐ Federal Questions          ☐ Diversity of Citizenship
☐ U.S. Government Plaintiff   ☒ U.S. Government Defendant

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

_____

_____

- 2 -

C.     If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

### III.     Statement of Claim:

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.     Where did the events giving rise to your claim(s) occur? _Federal Corr Inst FCI Fort Dix unit 5802 room 215_

B.     What date and approximate time did the events giving rise to your claim(s) occur? _2-29-2020_ _approximate Time 12:00 pm_

**What happened to you?**

C.     Facts: _I was asleep in my bunk when all of a sudden I was awaken by a very painful electrical shock. for Full details. See attached informal resolution which was seperate From the Tort claim that was Filed on August 15, 2020 claim# TRT-Ncr2021-00449_

**Who did what?**

_Federal Bureau of prisons officer M. Kaelian did and with negligence tryed to disconect something from a live outlet without any prior training in electrical_

**Was anyone else involved?**

_NO_

**Who else saw what happened?**

_Every inmate who sleeps in room 215 at that time_

## IV.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Due to officer mikaelians negligent actions I was caused undue pain by an electrical shock that felt like it stoped my heart I went to medical and they just sent me back to my unit after checking my heart claiming I was ok however I had eregular heart beats for about three weeks after that.

## V.    Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. On August 15, 2020 I filed a Tort claim with The Bop Northeast Regional office for monetary compensation of $100,000 one hundred Thousand dollars claim NO. TRT-NER-2021-00414, Sence that time I lost a copy of that Tort So I cant attach it here, In good faith I wrote Bop asking to resolve this matter without Court action Bop did not respond, I wrote again on 2-7-2021 and again on 3-14-2021 however Bop has not responded to the Tort or any of my request and it has now been over 6 months from the date of receipt I am now asking the court to appoint counsel to be able to get discovery, grant me a Jury trial so I can prosecute my case, and grant the hundred thousand dollors to me due to this officers negligent action's which caused me undue Pain and fear which could been avoided if she would have Just followed Bop Policy.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _17ᵗʰ_day of_ April _____, 20_21_.

Signature of Plaintiff _Robert E Hastings, Jr_

Mailing Address _Federal Corr Inst_
_P.O. Box 2000 Joint Base_
_MDL, NJ 08640_

Telephone Number _____

Fax Number *(if you have one)* _____

E-mail Address _____

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _Robert E Hastings jr_